

<div style="text-align: right;">
Gregory D. Latham
glatham@iplawconsulting.com
504.322.7166
</div>

June 11, 2011

**VIA U.S. Register Mail and
E-mail to woodysdeweysbeach@comcast.net**
Jimmy O'Conor, Owner
Woody's East Coast Bar & Grill
1904 Coast Highway
Dewey Beach, DE 19971

    Re:    Woody's East Coast Bar & Grill's ("Woody's)
              Unlawful Use of GRENADE® and HAND GRENADE® Marks
              <u>Cease and Desist Demand</u>

Dear Mr. O'Conor:

      This firm represents 721 Bourbon, Inc., doing business as Tropical Isle, in connection with the company's intellectual property concerns. We recently learned that Woody's is marketing, offering for sale and selling a drink called the "Hand Grenade." As explained in detail below, Tropical Isle owns the exclusive right to use the designations HAND GRENADE and GRENADE in connection with alcoholic cocktails or drinks. **<u>We demand that you immediately cease and desist from using the designations "GRENADE" and/or "HAND GRENADE" in connection with alcoholic cocktails, non-alcoholic beverages, soft drinks and any related goods.</u>**

      Since at least as early as March 1987, the flagship specialty drink of Tropical Isle's establishments has been the world-famous HAND GRENADE®, referred to affectionately by consumers as the "GRENADE®." The prepared, alcoholic version of this beverage is the most popular specialty drink in the New Orleans French Quarter; tens of thousands of GRENADE® cocktails are served at Tropical Isle's establishments. The drink is promoted in publications with interstate and international circulation, and has been featured, unsolicited, in a variety of media outlets, including cable television networks, such as MTV, magazines, such as *GQ* and *Details*, feature films, such as *Sonny*, and various U.S. and international newspapers, in reports concerning New Orleans culture and nightlife. The nonalcoholic concentrates and mixes for the HAND GRENADE® cocktail also are in great demand, as the ingredients are proprietary, closely guarded trade secrets, and consumers throughout the country desiring to taste the beverage order the mix via the internet, by mail order, and by telephone. In sum, Tropical Isle's "HAND GRENADE" and "GRENADE" marks are "famous and distinctive marks" under the

Woody's East Coast Bar & Grill
June 11, 2011
Page 2 of 3
_____

U.S. Trademark Act, and provide our client with broad, exclusive rights in these terms for alcoholic cocktails and soft drinks.

Tropical Isle holds several relevant U.S. trademark registrations for its *Hand Grenade®* marks, covering "prepared alcoholic cocktails," in International Class 33; "non-alcoholic mixes, syrups and concentrates used in making alcoholic cocktails and soft drinks," in International Class 32; and, "bar services," in International Class 43. Specifically, 721 Bourbon holds the following U.S. registrations relevant to this matter:

| Mark | Registration | Registration Date | Goods |
| --- | --- | --- | --- |
| a) HAND GRENADE | 1,806,334 | 11/23/93 | Prepared alcoholic cocktails |
| b) HAND GRENADE | 1,877,862 | 2/7/95 | Non-alcoholic mixes, syrups and concentrates used in making alcoholic cocktails and soft drinks |
| c) GRENADE | 2,273,105 | 8/24/99 | Prepared alcoholic cocktails |
| d) HOME OF THE HAND GRENADE | 2,635,498 | 10/15/02 | Bar Services |

Registrations (a) through (c) have become "incontestable," meaning that Tropical Isle has the <u>exclusive</u> right to use "HAND GRENADE," "GRENADE," or any confusingly similar mark, in connection with the products listed in the registrations and any related goods or services. Additionally, as "famous and distinctive" marks, these marks are protected against "dilution," under the *Trademark Dilution and Revision Act of 2006*, 15 U.S.C. § 1125(c).

We have learned that Woody's promotes, markets, and sells an alcoholic cocktail to consumers under the name "HAND GRENADE." In fact, Woody's East Coast Bar & Grill claims on its Facebook page that is the "Home of the famous Hand Grenade!" and promotes "Hand Grenades" in its drink specials. In addition, in an article published in the May 6, 2011 issue of *Drink of the Week,* Mr. O'Conor states that Woody's slogan is "Are you brave enough to pull the pin?" Finally, the same article contains a picture of a cup with the graphic of a hand grenade imprinted on it. Attached are various copies evidencing Woody's infringing use of the HAND GRENADE and GRENADE marks.

These uses of the designations "GRENADE" and "HAND GRENADE" for alcoholic cocktails are likely to cause confusion, mistake and deception among those familiar with Tropical Isle's goods and services. Such confusion is, and will continue to be extremely damaging to our client, as consumers are likely to believe that the HAND GRENADE alcoholic cocktails made and sold by Woody's are licensed, approved, sponsored by, or somehow otherwise affiliated by our client. Additionally, this unauthorized use of marks which are identical to Tropical Isle's HAND GRENADE® and GRENADE® marks threatens to dilute

_____

Tropical Isle's federal trademark rights, by lessening the capacity of Tropical Isle to distinguish its products from those of others. This likelihood of dilution will be exacerbated if your bar continues to promote and sell to consumers alcoholic cocktails called "HAND GRENADES." The foregoing actions also constitute false designations of origin and unfair competition under federal law. Finally, your aforesaid activities violate various state laws and common laws governing trademark infringement, trademark dilution, unfair competition, and false and deceptive trade practices.

Tropical Isle demands that Woody's East Coast Bar & Grill and all those associated with Woody's, immediately cease and desist from marketing, promoting or selling alcoholic beverages or drink cups, mugs, other beverage containers, or any other merchandise bearing our client's "GRENADE®" and "HAND GRENADE®" marks, or any other mark confusingly similar. Tropical Isle further demands that Woody's recall and destroy all products and containers bearing a "GRENADE" or "HAND GRENADE" designation, together with all promotional matter, including flyers, signage, brochures, placards, and business cards which refer to "GRENADE" or "HAND GRENADE" products.

Please note that our client would prefer to resolve this matter amicably. However, Tropical Isle takes intellectual property rights very seriously and vigorously protects its rights. In order to avoid further legal action, it is necessary that an authorized representative of Woody's sign and return a copy of this letter indicating Woody's agreement to cease and desist from using the designations "GRENADE" and/or "HAND GRENADE" in connection with alcoholic cocktails, non-alcoholic beverages, soft drinks and any related goods. In light of the serious nature of Woody's infringement, we require a response on or before June 21, 2011.

Sincerely,

*[signature: Greg Latham]*

Greg Latham

Cc: 721 Bourbon, Inc.
Encls.

### AGREEMENT

By signing below, Woody's East Coast Bar and Grill agrees to cease and desist from using the marks "HAND GRENADE" or "GRENADE" in connection with its marketing and sale of alcoholic cocktails, non-alcoholic beverages, soft drinks and any related goods.

By: _____

Printed Name: _____

Title: _____

Date: _____



# DRINKOFTHEWEEK

Written by

**Jennifer Popiel**

May 26, 2011|

DEWEY BEACH -- Enter the intimate locals hangout at Woody's East Coast Bar & Grill and try an explosive house shooter known as the Hand Grenade.

Not to be confused with the original New Orleans-style hand grenade having originated in 1984, the ingredients in this Dewey Beach favorite differ, but the potency is equally strong.

Instead of mixing gin, rum, vodka and melon liqueur, Woody's bartenders incorporate their own tasty concoction of Red Bull, whipped cream vodka and cherry vodka.

Prior to drinking in intervals, the lingering question is: "Are you brave enough to pull the pin?"

"That's the slogan we started," said owner Jimmy O'Conor, who explained the drinking process.

With two shot-sized cups sitting beside one another inside a larger cup, you first pull the whipped cream vodka out and drink, which is called pulling the pin. Once you drink that, the cherry vodka falls into the Red Bull and it's bottoms up.

A growing trend, the house shooter sells more than the two signature frozen drinks -- the Pit Bull and Dewey Demon -- combined.

"We will get groups of 15 people who walk in and say, 'Can we get hand grenades,' " O'Conor said.

A huge part of his success is creative marketing campaigns on social networking sites. By having five friends "check in" at Woody's, patrons can receive a free round of hand grenades.

"Having one or two of these is a great way to kick-start your evening," said Trevor Lowe of Rehoboth Beach. "You'll definitely be wired for sound."

## IF YOU GO

HAND GRENADE
Where: Woody's East Coast Bar & Grill, Route 1, Dewey Beach
When: 11:30-1 a.m. daily; happy hour from 5-8 p.m. daily
Cost: $6
Call: 302-260-9945









facebook

Email | Password | Log In
Keep me logged in | Forgot your password?

Sign Up **Facebook helps you connect and share with the people in your life.**

# Woody's East Coast Bar & Grill

Like | Edit

Local Business · Rehoboth Beach, Delaware

**Info**

**3** check-ins

Is this your business?
Create a Page

### Information

| | |
|---|---|
| **Description** | Home of the famous Hand Grenade!! |
| **Address** | Rehoboth Beach, DE · Get Directions |

### Nearby Places

Create a Page · See All

**Starboard**
1609 check-ins

**The Lighthouse**
364 check-ins

**Rusty Rudder Restaurant**
322 check-ins

**Ponos**
89 check-ins

**Nalu Surf Bar**
149 check-ins

### Source

Community Pages are not affiliated with, or endorsed by, anyone associated with the topic.

Facebook © 2011 · English (US)

Mobile · Find Friends · Badges · People · Pages · About · Advertising · Create a Page · Developers · Careers · Privacy · Terms · Help

facebook

Email Password Log In
Keep me logged in Forgot your password?

Sign Up **Facebook helps you connect and share with the people in your life.**

Wall
**Info**
Deals
Photos

**70** check-ins
**23** people like this

**Likes**

**Woody's Dewey Beach**

Create a Page

# Woody's Dewey Beach

Like Edit

Bar · Dewey Beach, Delaware

**Information**

| | |
|---|---|
| **Description** | Monday- Locals Night $5 Sandwich Night. $3 Bombs $3 Local Beers<br><br>Tuesday- Wings Night $.35 Wings Bucket of Yeungling Bottles $10<br><br>Wednesday–Burger Night $5 1/2 pound Angus Burger,$6 Hand Grenades<br><br>Thursday–$12 Steak Night 12oz New York $3 Shots!!!! GM, Patron, Jager, Bucca, Goldschlager<br><br>Friday–<br><br>Saturday– Daily Lunch Specials $3 Bloodies, $5 Crushes DJ— SpinJocs<br><br>Sunday – Daily Lunch Specials $3 Bloodies, $5 Crushes<br>$1.50 Landshark 12-4 Win Jimmy Buffett Tickets Night- $1 MILLER LITE Bottles 9-1<br><br>HAPPY HOUR EVERYDAY 5-8<br>$2 Dom Draft $3 Rail Drinks 1/2 Price Appetizers (Bar only)<br>$6 LUNCH SPECIAL MON-FRI<br>Late Night Menu served till 1:00am |
| **Address** | 1904 Highway One, Dewey Beach, DE 19971 · Get Directions |
| **Phone** | 302-260-9945 |
| **Website** | http://www.deweybeachbar.com |
| **Hours** | Mon - Fri: 5:00 pm -1:00 am<br>Sat - Sun: 11:30 am-1:00 am |

| | |
|---|---|
| **Parking** | Street |
| **Public Transit** | Jolley Trolley |
| **Payment Options** | Accepts all major credit cards |
| **Services** | Walk-Ins Welcome<br>Good For Kids<br>Take Out<br>Waiter Service<br>Outdoor Seating |
| **Specialties** | Breakfast<br>Lunch<br>Dinner<br>Drinks |
| **Email** | woodysdeweybeach@comcast.net |

**Likes and Interests**

**Likes** Woody's Dewey Beach

Facebook © 2011 · English (US)

Mobile · Find Friends · Badges · People · Pages · About · Advertising · Create a Page · Developers · Careers · Privacy · Terms · Help

What happened, happening and about to happen, brought to you by www.SeaDooandBoatRentals.com  Check them OUT!
<!--[if !supportLineBreakNewLine]-->

**Wednesday –**   At Woody's $5 Burger Night till 10:00 then DJ Hype starts the Weds night dance party, JC serving up $6 Hand Grenades or Check out The Famous Starboard for Burger Night and enjoy the sounds of Lauralea and Tripp Fabulous . 2011 Grads, be sure to check out these FREE events from Dewin' It Right:
Tonight: Grottos Pizza's Eating Contest! READ STREET. 15 Contestants! Must be at least 18 years old. BRING I.D. Register at 8:30, Contest at 9:00p.m. Bring ALL of your Friends! Who will be the CHAMP?! GREAT PRIZES!!

**Thursday –** Early riser? Check out Yoga on the beach at Que Pasa, Every Thursday. 8AM. $10 per person. Cash





**Amusement Places**

**Bonkersville**
**17601 coastal Hwy**
**Lewes, DE 302-645-8774**
**www.bonkersvillede.com/**

**Funland**
**6 Delaware Ave.**
**Rehoboth Beach, DE 302-227-1921**
**www.funlandrehoboth.com**

**Pirates of Lewes expeditions**
**Lewes DE, 302-249-3538**
**www.Piratesoflewesexpeditions.com**



**iDewey.com Surf and Beach Report brought to you by Fells Point Surf Co.**

 ***Heading to the Beach.. here are the streets that have Shacks/ concession stand locations and Lifeguard stands, Vandyke, Dickenson, Read, Dagsworthy, Saulsbury, St. Louis, West, and Carolina. The following Streets only have a shack, Rodney, Swedes, Clayton, Houston,Chicago, Cullen and Chesapeake. The rest of the streets have neither.. Enjoy your time and be safe!***

 **Surf Report:**

**6/07/2011-** High Tide: 12:36am, Low Tide: 6:38pm, High Tide: 1:32pm, Air Temp 83º and Water Temp of 64º. Winds SW at 5 to 10 kt becoming 10 to 15 kt late. Swells around 2 ft.



**Find us on Facebook**

**Sign Up** Create an account or **log in** to see what your friends like.

iDewey.com  Like

iDewey.com 1st picture of a lighting bug wins 2 iDewey.com bar crawl shirts.
37 minutes ago · via iPhone

iDewey.com Tonight in Dewey: Grottos Pizza - Pizza's Eating Contest! READ STREET. 15 Contestants! Must be at least 18 years old. BRING I.D.Register at 8:30, Contest at 9:00p.m. Bring ALL of your Friends! Who will be the CHAMP?! GREAT PRIZES!! Que Pasa – Come have a margarita – watch the

Facebook social plugin

**88°F Fair**

**Rehoboth Beach, DE...right now.**

**Feels Like:** 88°F
**Humidity:** 49% humidity
**Visibility:** 0.08 mi
**Winds:** W at 3 mph

**Today:**
Mostly Clear
Hi: 91°F

**Tomorrow:**
Mostly Sunny
Hi: 98°F

Looking for the best Dewey has got to offer? Scroll no further, all of Dewey's most famous and most well kept secrets are listed below

**Lighthouse**-Ever-famous for Friday Taco Toss & a solid staple in Dewey the Lighthouse offers a relaxed drinking and dining experience right on the Bay.Open all yeard round with Fall Monday Night Football Bingo and Live entertainment on NYE.

**Cove**-An offering of moderately priced seafood dishes with a bay facing bar to catch the best sunsets. Settle in with good friends and a bottle of wine from their great selection!

**Que Pasa**- An instant Dewey favorite since it's open with an outdoor Cantina Bar and dining in the sand! Bring the whole family and don't  forget about Taco Tuesdays this summer!

**Downtown Restaurant Week**                                         June 5th - 11th
Located at Rehoboth Beach
Come out and enjoy Downtown Restaurant week. Get 3 course dinners for $20 or $30! cant beat the price for the amazing FOOD!

**Rock Bottom (Kiss Tribute)**                                          June 10th
Located at Bottle and Cork
Come See Rock Bottom (Kiss Tribute)at 8pm at the cork must be 21 or older learn more at deweybeachlife.com

**Dewey Beach Town Meeting**                                        June 10th

 The Boating Report is Brought to you by Rehoboth Bay Boating Club. Visit them at **www.Rehobothbayboatingclub.com**

 **6/07/2011**  -  **Today** SW winds 5 to 10 kt...increasing to 10 to 15 kt late this morning and afternoon. Seas 2ft. **Tonight** Se winds 10 to 15 kt becoming SW after midnight.. Seas 2 to 4 ft.

**6/08/2011** – **Wed** W winds 10 to 15 kt. Seas 2 to 3 ft. **Wed Night** SW winds 10 to 15 kt. Seas 2 to 3 ft.

**Cool stuff for sale or rent? Call Today To List It Here! 302-227-7796**

## HOUSING ↓

♦ **Condos:** ↓

**RAINBOW COVE – Dewey! Private 3 BR 2nd fl Condo in the center of Dewey, 1 blk to ocean, $369,900 Call Debbie 302-227-3818     Dewey Beach Block- Beach Block, pretty in peach condo, Fee Simple. 2BR, 1BA 7 comfortable living area. Two assigned parking spots, $275,000 Call Sally @ 302-893-0613 Cell**

---

10 comments                                                                Add a comment


**iDewey.com**
The Starboard opens this weekend and is forecast to be sunny, highs in the 50s-60s. Super secret opening Wednesday, don't tell anyone…… that we told you.
3 · Like · Reply · March 15 at 1:45pm


**iDewey.com**
Now that the tents are down and the dust has settled, we would like to Thank all the Local Business that took the risk of opening and amazing Dewey Bar Lovers who came down and made St. Paddy's Day / The Starboard Opening, THE MOST MEMEROABLE Weekend YET! What do you remember?
2 · Like · Reply · March 22 at 1:03pm


**iDewey.com**
Dewey has come out of hibernation! People walking around...fun to be had...Franco's, Nicks, Wings to Go all open! Starboard, Hammerheads, and Lighthouse all ready for Spring! Take a walk through town and check out that awesome moon.
2 · Like · Reply · March 19 at 6:07pm


**iDewey.com**
I love new the comment / FB area on www.iDewey.com Check it out and let us know what you think.
1 · Like · Reply · March 7 at 1:03pm

View 5 more

Design, Hosting and Application Development by Delmarva Digital © 2011



Sign up | Apps | Help | Log in

Search places, people and tips

## Join foursquare to meet up with friends and discover new places

See where your friends are, learn about the places they frequent, and unlock rewards as you travel.

**Get Started**

### Woody's Dewey Beach

1904 Highway One
between New Orleans & Bellevue
Dewey Beach, DE
(302) 260-9945



Like

**Categories:** Bar,
**Tags:** untagged

**Friends Special**

All 5 must "Like" Woody's Dewey Beach" www.facebook.com/woodysdeweybeach all 5 will recieve a Hand Grenade with purchase.

**Unlocked for 5 friends checking in together**

| YOUR CHECK-INS | TOTAL PEOPLE | TOTAL CHECK-INS |
|---|---|---|
| 0 | 106 | 261 |

**Mayor**  Last 60 Days

**Joseph R.**
24 checkins

**Photos**

**Staff**

### Tips    POPULAR  RECENT

*Login* to leave tips at this venue!

**John R.**
Best crab cakes in dewey beach
✓ 1 | March 26, 2011

**Jacob B.**
Crab Pretzel and a Hand Grenade. Winning!
✓ 1 | March 20, 2011

**ALSO ON FOURSQUARE**

Follow these brands to unlock badges and find interesting tips around your city! Discover more brands in the **page gallery**.

About  blog  contact  help  jobs  privacy 101  privacy Policy  terms (New)  Store

© 2011 foursquare · English