Woody's East Coast Bar & Grill
June 11, 2011
Page 3 of 3

Tropical Isle's federal trademark rights, by lessening the capacity of Tropical Isle to distinguish its products from those of others. This likelihood of dilution will be exacerbated if your bar continues to promote and sell to consumers alcoholic cocktails called "HAND GRENADES." The foregoing actions also constitute false designations of origin and unfair competition under federal law. Finally, your aforesaid activities violate various state laws and common laws governing trademark infringement, trademark dilution, unfair competition, and false and deceptive trade practices.

    Tropical Isle demands that Woody's East Coast Bar & Grill and all those associated with Woody's, immediately cease and desist from marketing, promoting or selling alcoholic beverages or drink cups, mugs, other beverage containers, or any other merchandise bearing our client's "GRENADE®" and "HAND GRENADE®" marks, or any other mark confusingly similar. Tropical Isle further demands that Woody's recall and destroy all products and containers bearing a "GRENADE" or "HAND GRENADE" designation, together with all promotional matter, including flyers, signage, brochures, placards, and business cards which refer to "GRENADE" or "HAND GRENADE" products.

    Please note that our client would prefer to resolve this matter amicably. However, Tropical Isle takes intellectual property rights very seriously and vigorously protects its rights. In order to avoid further legal action, it is necessary that an authorized representative of Woody's sign and return a copy of this letter indicating Woody's agreement to cease and desist from using the designations "GRENADE" and/or "HAND GRENADE" in connection with alcoholic cocktails, non-alcoholic beverages, soft drinks and any related goods. In light of the serious nature of Woody's infringement, we require a response on or before June 21, 2011.

Sincerely,

*Greg Latham*
Greg Latham

Cc: 721 Bourbon, Inc.
Encls.

### AGREEMENT

    By signing below, Woody's East Coast Bar and Grill agrees to cease and desist from using the marks "HAND GRENADE" or "GRENADE" in connection with its marketing and sale of alcoholic cocktails, non-alcoholic beverages, soft drinks and any related goods.

By: *[signature]*
Printed Name: James P. O'Conor
Title: Owner
Date: 7/20/11