

# Beer List

## Draft

Miller Lite     Yuengling     Woody's Pale Ale
Abita Purple Haze           Lagunitis Pale Ale
Goose Island 312 Urban Wheat Ale

## Bottles

| | |
|---|---|
| Miller Lite | Sierra Nevada Pale Ale |
| Coors Light | Dogfish 60 Minute |
| Bud Light | New Belgium Fat Tire |
| Bud Light Lime | Fordham Gypsy Lager |
| Crispin Cider | Nanticoke Nectar IPA |
| Yuengling | Yuengling Light |
| Corona | Evolution Lot 3 IPA |
| Corona Light | Lagunitis Day Time IPA |
| Natural Light | |
| Heineken | Oskar Blues Pinner |
| Michelob Ultra | Not Your Father's Root Beer |
| 16 Mile (Local) | Red Stripe |
| Rolling Rock | Natty Boh |
| PBR | Stella Artois |
| Blue Moon | Guinness Stout (pub can) |

# Wine List

| Red | White |
|---|---|
| Louie Martini Cabernet | Matua Sauvigon Blanc |
| Josh Piont Nior | Sky Fall Pinot Grigio |
| Alamos Malbec | Chateau St. Jean Bijou Chardonnay |



## Woody's Drink List

**Wet Woody** Bacardi Rum, Peach Schnapps, Cranberry, OJ, Pineapple, splash of Sweet & Sour with a 151 Rum floater

**The Viagra** 151 Rum, Pineapple Rum, Blue Curacao, Melon, Pineapple, OJ, topped with Sprite

**Orange Crush** Orange Vodka, Triple Sec, Sprite, topped with Fresh Squeezed OJ

**Grapefruit Crush** Deep Eddy's Ruby Red Vodka, Triple Sec, Sprite, topped with Fresh Squeezed Grapefruit

**Sex on the Beach** Vodka, Peach Schnapps, OJ & Cranberry

**Baltimore Zoo** Vodka, Amaretto, Southern Comfort, Pineapple, OJ, Grenadine, splash of Sprite with a 151 Rum floater

**Pink Taco** Pineapple Rum, Sprite, splash of Cranberry

**Dewey Sin** Rum, Peach Schnapps, Sloe Gin, Triple Sec, OJ with 151 Rum floater

**Drunken Monkey** Coconut Rum, Amaretto, Pineapple with a splash of Cranberry

## Shooter List

**Woody's Bomb** (aka Hand Grenade) Cherry & Cake Vodka with Red Bull

**Scooby Snack** Malibu Rum, Melon Liqueur, Cream, Pineapple

**Dirty Girl Scout** Irish Cream, Coffee Liqueur, Peppermint Schnapps

**Chocolate Cake** Citron, Hazelnut, rimmed with sugar

**Surfer on Acid** Jägermeister, Malibu, Pineapple

**Green Tea** Whiskey, Peach Schnapps, Sweet & Sour, Sprite

**Apple Sauce** Goldschläger, Sour Apple Pucker, Sour Mix

**Hairy Berry** Jägermeister, Peach Schnapps, Cranberry topped with Sprite

**Royal Flush** Whiskey, Peach Schnapps, Cranberry

**Liquid Cocaine** Goldschlager, Rumple Minze, Jägermeister