IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 721 BOURBON, INC., <br><br> Plaintiff, <br><br> v. <br><br> JIMMY O, LLC d/b/a WOODY'S EAST COAST BAR & GRILL, and JAMES P. O'CONOR, <br><br> Defendants. | C. A. NO. 17-1413-VAC-MPT |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff 721 Bourbon, Inc. and Defendants Jimmy O, LLC and James P. O'Conor, having resolved their respective claims, respectfully file this joint motion requesting the Court to enter the accompanying order dismiss with prejudice (1) all claims against Defendant James P. O'Conor, and (2) all claims set forth in Counts III through VII of the Complaint (D.I. 1) against Defendant Jimmy O, LLC.

Respectfully submitted this _____ day of _____, 2018.

EICHER LAW LLC

*/s/Jeremy D. Eicher*
Jeremy D. Eicher (No. 5093)
The Nemours Building
1007 N. Orange Street, 4th Floor
Wilmington, DE  19801
(302) 307-3970
jeicher@eicherlaw.com

INTELLECTUAL PROPERTY
CONSULTING, LLC
Gregory D. Latham

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/Robert M. Vrana*
Adam W. Poff (No. 3990)
Robert M. Vrana (No. 5666)
1000 North King Street Wilmington,
DE  19801
(302) 571-6681
apoff@ycst.com
rvrana@ycst.com

*Attorneys for Defendants*

Richard T. Sahuc
334 Carondelet Street, Suite B
New Orleans, LA 70130
(504) 322-7166
glatham@iplawconsulting.com
rsahuc@iplawconsulting.com

*Attorneys for Plaintiff*