IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

721 BOURBON, INC.,

     Plaintiff,

     v.

JIMMY O, LLC d/b/a WOODY'S EAST
COAST BAR & GRILL, and JAMES P.
O'CONOR,

     Defendants.

C. A. NO. 17-1413-VAC-MPT

## ORDER

At Wilmington, this **23** day of _July_____, 2018, the Court having considered the parties' Joint Motion to Dismiss with Prejudice:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that (1) all claims against Defendant James P. O'Conor, and (2) all claims set forth in Counts III through VII of the Complaint (D.I. 1) against Defendant Jimmy O, LLC are dismissed with prejudice, each party to bear its own costs.

United States Magistrate Judge